Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−24644−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Karen D Chambers
    66 Rutledge Ave
    East Orange, NJ 07017

Social Security No.:
    xxx−xx−8409

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On 08/27/2018 a Hearing on Confirmation of Modified Plan was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
Confirmation hearing to be held on 10/14/2018 at 10:00 AM at VFP − Courtroom 3B, Newark.

Corrected to state:
Confirmation hearing to be held on 10/4/2018 at 10:00 AM at VFP − Courtroom 3B, Newark.

The amendment of this notice does not affect deadlines that have been previously set.

Dated: August 28, 2018
JAN: nds

                                                            Jeanne Naughton
                                                            Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                           Case No. 18-24644-VFP
Karen D Chambers                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1             Date Rcvd: Aug 28, 2018
                             Form ID: 196             Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
db             +Karen D Chambers,    66 Rutledge Ave,    East Orange, NJ 07017-5432
517658210       Bank of America,    Attn: Bankruptcy,   Po Box 31785,   Tampa, FL 33631-3785
517658211      +Garden Savings F.c.u.,    129 Littleton Rd,   Parsippany, NJ 07054-1897

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2018 23:26:28      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2018 23:26:25      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517658209      +E-mail/Text: cio.bncmail@irs.gov Aug 28 2018 23:25:51      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
517658212      +E-mail/Text: clientservices@simonsagency.com Aug 28 2018 23:27:04      Simons Agency, Inc.,
                 Attn: Bankruptcy,    4963 Wintersweet Dr.,   Liverpool, NY 13088-2176
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              Harvey I. Marcus    on behalf of Debtor Karen D Chambers him@lawmarcus.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor   CITIBANK, N.A. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```