| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on April 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    KAREN D CHAMBERS | Case No.:  18-24644 VFP<br><br>Hearing Date:  4/4/2019 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 8, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): KAREN D CHAMBERS

Case No.: 18-24644

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 04/04/2019 on notice to HARVEY I. MARCUS ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $500.00 starting on 4/1/2019 for the remaining 52 month(s); and it is further

- ORDERED, that the Debtor(s) must complete a loan modification by 6/30/2019; or as otherwise extended through the Court's Loss Mitigation Program, or the case will be dismissed.

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Karen D Chambers  
    Debtor

Case No. 18-24644-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Apr 08, 2019  
                    Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.  
db          +Karen D Chambers,    66 Rutledge Ave,    East Orange, NJ 07017-5432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:  
     Denise E. Carlon     on behalf of Creditor     CITIBANK, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Harvey I. Marcus     on behalf of Debtor Karen D Chambers him@lawmarcus.com  
     Marie-Ann Greenberg     magecf@magtrustee.com  
     Rebecca Ann Solarz     on behalf of Creditor     CITIBANK, N.A. rsolarz@kmllawgroup.com  
     U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
     TOTAL: 5