UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Harvey I. Marcus (21758)
250 Pehle Avenue
Suite 200
Saddle Brook, NJ 078663
Tel. 800-792-5500
Fax. 888-565-0403
him@lawmarcus.com
Attorney for Debtor(s)

In Re:
Karen D Chambers,
                Debtor(s).



Order Filed on May 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 18-24644
Adv. No.

Hearing Date:

Judge: Vincent Papalia

# ORDER
Approving Modification of Mortgage

**DATED: May 15, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

04/08/02

**(Page 2)**

Debtor(s): Karen D Chambers

Case No: 18-24644

Caption of Order: Order Approving Modification of Mortgage

Upon consideration of Debtor's Motion and good cause appearing, it is

ORDERED that the permanent mortgage modification agreement with Bank of America (creditor) as attached to the moving papers, is approved

The Chapter 13 Standing Trustee shall stop all disbursements to creditor.

The proof of claim of creditor shall be reduced to the amount paid by the Chapter 13 Standing Trustee prior to the date of the modification.

An amended schedule J and a modified chapter 13 Plan shall be filed.